IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| TILJUANA SMITH, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>LIBERTY LIFE ASSURANCE )<br>COMPANY OF BOSTON, )<br>)<br>    Defendant. )<br>) | C.A. No. 6:15-CV-4913-MGL |

## **ORDER**

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' Motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

   a. Mediation:                                                                **October 7, 2016**

   b. Cross Motions for Judgment and Joint Stipulation:        **November 7, 2016**

   c. Replies:                                                                      **November 14, 2016**

**IT IS SO ORDERED**.

                                                s/Mary Geiger Lewis
                                                MARY GEIGER LEWIS
                                                UNITED STATES DISTRICT JUDGE

August 8, 2016
Columbia, South Carolina